NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29951
15-AUG-2012
08:07 AM**

NO. 29951

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JASON KELLY ANDREWS, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P.P. NO. 08-1-004K; CR. NO. 03-1-279K)


ORDER DENYING AS UNTIMELY
DEFENDANT-APPELLANT'S MOTION FOR RECONSIDERATION
(By:  Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion for Reconsideration filed on August 10, 2012 by Petitioner-Appellant, Jason Kelly Andrews, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied as untimely.

DATED: Honolulu, Hawai'i, August 15, 2012.

Presiding Judge

Associate Judge

Associate Judge